UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MARIA and WILLIAM CULLEN,

                    Plaintiffs,

    - against -

VILLAGE OF PELHAM MANOR, and JOHN
PIERPONT, VILLAGE MANAGER,

                    Defendants.

------------------------------------------------------------------x

03-CV-2168 (CS)

**ORDER**

Seibel, J.

It having been reported to this Court that Plaintiffs have decided to withdraw the remaining claims in this case and that a stipulation of voluntary discontinuance is being circulated among the parties, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if the withdrawal by stipulation is not consummated within 30 days of the date of this order, any party may apply by letter within the 30-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated: December 28, 2009
       White Plains, New York

                                                         Cathy Seibel, U.S.D.J.